E-FILED
Thursday, 04 September, 2014 04:06:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STEVEN W. SCHRADER, | ) | |
| | ) | |
| Plaintiff, | ) | 13-2101 |
| v. | ) | |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The plaintiff, Steven W. Schrader ("Schrader") suffers from depression, sinusitis, bipolar disorder/mood disorder, attention deficit disorder, intermittent disorder, obsessive compulsive disorder, and a learning disorder. In May 2010, he applied for disability insurance benefits and supplemental security income. A hearing was held in March 2012, and later that month the Administrative Law Judge ("ALJ") rejected Schrader's request for benefits. Schrader filed a request for review, which was denied. Schrader sought further review by filing a complaint with this court.

On July 18, 2014, Magistrate Judge David G. Bernthal issued a report and recommendation, recommending that Schrader's motion for summary judgment be denied, and that the defendant's motion for summary judgment be granted. Schrader has filed a timely objection to Judge Bernthal's report and recommendation.

The court has carefully reviewed Judge Bernthal's recommendation and Schrader's detailed argument of perceived errors by both the ALJ and Judge Bernthal. The court need not address each of Schrader's objections because Judge Bernthal carefully and thoroughly addressed the important points in his well-reasoned report and recommendation.

Therefore, the court accepts Judge Bernthal's report and recommendation [19]. The plaintiff's motion for summary judgment [15] is denied. The court also grants the defendant's motion for summary judgment [18]. It is so ordered.

This case is terminated.

Entered this 4th day of September 2014.

                                             s/Harold A. Baker
                                    _____
                                          HAROLD A. BAKER
                                    UNITED STATES DISTRICT JUDGE